Michael A. Zimmerman, Esq.
Zimmerman Law, PLLC
315 Walt Whitman Road, Suite 215
Huntington Station, NY 11746
(631) 415-0900
Attorney for   Erbin Regalado as Administrator for
              the estate of Maria Regalado

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
MARIA E. REGALADO,

            Plaintiff,

- against -

KOHL'S DEPARTMENT STORES, INC,         Civil Action No. 2:13 CV 5624
KOHL'S ILLINOIS, INC., KOHL'S
CORPORATION, KOHL'S NEW YORK
D.C., INC., and JOHN DOE, being the individual
that detained the plaintiff,

            Defendant(s).
---------------------------------------------------------X

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION

I. SUGGESTION OF DEATH: Petitioner Erbin Regalado hereby gives notice of the death of his wife, plaintiff Maria Regalado on February 22, 2015.

II. MOTION FOR SUBSTITUTION: Erbin Regalado, as the administrator of the estate of Maria Regalado for purposes of settling this matter and distributing any proceeds therefrom, is the authorized representative of the estate of Maria Regalado. Erbin Regalado, in his capacity as administrator of the estate of Maria Regalado, moves to be substituted as a party, to wit, Erbin Regalado as personal representative for the estate of Maria Regalado.

      A.     Factual background:  The complaint in this case was filed on October 11, 2013, in the
            United States District Court for the Eastern District of New York. Federal Rules of Civil

Procedure 25 permit the substitution by a party's successor. Erbin Regalado seeks substitution for purposes of completing the settlement reached on behalf of the estate of his deceased wife, Maria Regalado.

B.  Attached at Exhibit A is a copy of the Letters of Administration issued by the Surrogate's Court of the State of New York, County of Suffolk appointing Erbin Regalado as the voluntary administrator for Maria Regalado for purposes of concluding the subject settlement. The amount of the settlement has been redacted to maintain confidentiality.

WHEREFORE, Petitioner requests to be substituted for Plaintiff, Maria Regalado, for purposes of completing the settlement herein.

Dated: September 18, 2015

*Zimmerman Law, PLLC*

By: Michael A. Zimmerman, Esq.
Attorneys for Plaintiff MARIA E. REGALADO
315 Walt Whitman Road, Suite 215
Huntington Station, NY 11746
(631) 415-0900