Certificate# 21955

# SURROGATE'S COURT OF THE STATE OF NEW YORK
## SUFFOLK COUNTY

File#: 2015-2012

## CERTIFICATE OF VOLUNTARY ADMINISTRATION

IT IS HEREBY CERTIFIED that an affidavit for Voluntary Administration of the estate of the decedent named below was filed with the court, and the Voluntary Administrator named below has been found qualified and is authorized to act as follows:

**Name of Decedent:** Marie Regalado

**Date of Death:** February 22, 2015

**Domicile of Decedent:** County of Suffolk

**Voluntary Administrator:** Erbin Regalado
**Mailing Address:** 34 East 22nd Street
Huntington Station NY 11746
(516)972-8999

The Voluntary Administrator is only authorized to collect and receive the following personal property of the decedent:

PROCEEDS OF PERSONAL INJURY ACTION

**Date Original Affidavit Filed:** June 2, 2015
**Date Certificate Issued:** June 4, 2015

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Suffolk County Surrogate's Court at Riverhead, New York.

WITNESS, Hon. John M Czygier Jr, Judge of the Suffolk County Surrogate's Court.

*Michael Cipollino*

Michael Cipollino, Chief Clerk
Suffolk County Surrogate's Court

*This certificate is Not Valid Without the Raised Seal of the Suffolk County Surrogate's Court*