Michael A. Zimmerman (NY/NJ)

---

Naomi Trainer (NY/NJ)
Natasha Chisty (NY/FL)

---

Of Counsel:
Henry B. Portnoy
David O'Connor
Robert Vadnais



ZIMMERMAN LAW
PLLC

Main Office:
315 Walt Whitman Road, Suite 215
Huntington Station, NY 11746
Tel. (631) 415-0900
Fax.(631) 415-0910
(facsimile not for service)

Brooklyn Office:
807 Kings Highway
Brooklyn, NY 11228
Tel. (718) 517-2322
Fax.(631) 407-0775
(facsimile not for service)

November 6, 2015

**Via First Class Mail**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Maria Regalado v. Kohl's Department Stores, Inc., et al.
          Docket No.: 2:13cv5624 (JS/AKT)

Dear Honorable Madam:

    The undersigned law firm represents the Plaintiff in the above referenced matter.

    We filed a motion to substitute for a deceased party pursuant to Rule 25. There was no opposition to the motion by the Defendants because the Defendant has no objection to the substitution. We had expected the motion to be heard by the Magistrate and we did not send a courtesy copy of the motion as per part rules, please kindly advise if a courtesy copy is needed.

    Kindly notify this firm if there is an issue with the submission of this motion or when we can expect a signed Order.

    Thank you for your assistance.

                                      Very truly yours,

                                      Michael Zimmerman

cc: Steven F. Goldstein, L.L.P. (Via Facsimile: 516-873-0120)